ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net

*Attorneys for Defendant*
*Walmart Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IVORI MURPHY, individually, | Case No.: 2:20-cv-01610-JCM-BNW |
| Plaintiff, | |
| v. | |
| WALMART INC., a Foreign Corporation; and DOES 1 through 20; and ROE ENTITIES 21 through 40, inclusive, | **NOTICE OF SETTLEMENT** |
| Defendants. | |

COMES NOW, WALMART Inc., by and through its counsel of record, the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, and hereby advises this Court that the parties have recently reached a settlement in the above-captioned matter.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

As such, the parties anticipate the filing of closing documents shortly.  Once settlement funds are exchanged, a Stipulation and Proposed Order for Dismissal with Prejudice is anticipated to be filed shortly thereafter.

DATED on this 31st day of March, 2021.

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

*/s/ Megan E. Wessel*
_____

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Walmart Inc.*

## ORDER

Based on the parties' notice of settlement IT IS ORDERED that by 4/30/2021 the parties must file dismissal documents or a joint status report concerning the status of settlement.

**IT IS SO ORDERED**

**DATED:** 2:51 pm, April 02, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**